No. 03M85. MARTINI v. HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.;

No. 03M87. CHAVEZ v. UNITED STATES; and

No. 04M4. DOE v. UNITED STATES. Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.

No. 04M2. IN RE HUSSEIN. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 04M7. CHORCHES v. CHRYSLER FINANCIAL CO. LLC ET AL.; and

No. 04M9. GREENLEE v. UNITED STATES POSTAL SERVICE ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time under this Court's Rule 14.5 denied.

No. 65, Orig. TEXAS v. NEW MEXICO. Motion of the River Master for fees and reimbursement of expenses granted, and the River Master is awarded a total of $2,516 for the period January 1 through March 31, 2004, and a total of $2,452.38 for the period April 1 through June 30, 2004. [For earlier order herein, see, *e. g.,* 540 U. S. 964.]

No. 02–626. SOUTH FLORIDA WATER MANAGEMENT DISTRICT v. MICCOSUKEE TRIBE OF INDIANS ET AL., 541 U. S. 95. Motion of respondent Friends of Everglades, Inc., for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Eleventh Circuit.

No. 03–898. ORTIZ VELEZ, MAYOR OF SABANA GRANDE, PUERTO RICO, ET AL. v. RIVERA-TORRES ET AL., 541 U. S. 972. Motion of respondents for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the First Circuit.

No. 03–1445. REGIER, SECRETARY, FLORIDA DEPARTMENT OF CHILDREN & FAMILIES, ET AL. v. DOES 1–13 ET AL., 542 U. S. 920. Motion of respondents for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Eleventh Circuit.